## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | § | |
| BRANDI R. MCDANIEL, | § | CASE NO. 18-10389-JDW |
| | § | |
| | § | CHAPTER 7 |
| DEBTOR. | § | |

### MOTION TO AVOID A JUDGMENT LIN

**COMES NOW** the Debtor in the above-styled cause, by and through her counsel of record, and files this Motion to Avoid Judgment Lien of the Creditor, **TRUSTMARK NATIONAL BANK**,

That prior to filing her Chapter 7 Bankruptcy case, the Creditor, **TRUSTMARK NATIONAL BANK,** obtained a judgment against the Debtor. The Creditor has filed said judgment in the judgment rolls of the Debtor's resident county, that being **OKTIBBEHA COUNTY (Book 162 Page 483-4 for Judgment in 2010-0041-CV, electronic Judgment number 15429, renewed March 10, 2017)**. That the judgment impairs an exemption that the Debtor would be otherwise entitled to, under Title 85, Chapter 3 of the Mississippi Code and 11 U.S.C. § 522(b).

Therefore the Debtor respectfully requests that the Court receives, and docket the Motion, and that upon hearing, the Court issue an Order Avoiding the Judgment of **TRUSTMARK NATIONAL BANK**, against the Debtor, such other and further relief as this Court deems just and proper under the circumstances.

                                        **RESPECTFULLY SUBMITTED,**

                                        **BRANDI R. MCDANIEL**

By:    /s/Stephanie L. Mallette
           Stephanie L. Mallette
           Counsel for Debtor
           P.O. Box 80170
           Starkville, MS 39759
           (662) 320-4411
           MSB 99200
           Notices@MalletteLaw.Com

## CERTIFICATE OF SERVICE

I, STEPHANIE L. MALLETTE, Attorney for the Debtor, do hereby certify that I have this day mailed by the United States Mail, postage prepaid, or sent electronically via the Court's Electronic Case Filing System, a true and correct copy of the above-and foregoing Motion to Avoid Lien and other Relief, to the following listed below:

Hon. Henry J. Applewhite, Chapter 7 Trustee
happlewhite@applewhitelaw.com

The Office of the United States Trustee
USTPRegion.05.AB.ECF@usdoj.gov

Trustmark National Bank
℅ Sanford & Adams, PLLC
3 Country Place
Pearl, MS 39208

Trustmark National Bank
P.O. Box 291
Jackson, MS 39205

So Certified, this the 6th day of February, 2018.

/s/Stephanie L. Mallette
Stephanie L. Mallette
Attorney for Debtor