483

IN THE CIRCUIT COURT OF OKTIBBEHA COUNTY, MISSISSIPPI

TRUSTMARK NATIONAL BANK                                PLAINTIFF

VERSUS                                            NO: 2010-0041-CV

DUSTIN J. SORRELL AND BRANDI MCDANIEL              DEFENDANTS

## DEFAULT JUDGMENT

This action having come on for hearing on the motion of the Plaintiff for a default judgment pursuant to Rule 55 of the Mississippi Rules of Civil Procedure, and for a reimbursement of refundable costs, and the Defendant having been duly served with the summons and Complaint and not being an infant or an unrepresented incompetent person and having failed to plead or otherwise defend, the Defendant's default having been duly entered and Defendant having taken no proceedings since such default was entered, and the Court finds that it has jurisdiction of the parties and subject matter of this cause and further finds that Plaintiff is entitled to judgment against the Defendants, **DUSTIN J. SORRELL AND BRANDI MCDANIEL**, for the principal sum of $11,801.14 plus an attorney fee of $3,933.71, for a total amount of $15,734.85; together with interest therein at the rate of Seven and 00/100 (7.0%) per cent on the principal amount only from and after January 26, 2010, plus all costs of Court.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiff, TRUSTMARK NATIONAL BANK, does have and recover of and from the **DUSTIN J. SORRELL AND BRANDI MCDANIEL**, the principal sum

s an attorney fee of $3,933.71, for a total amount

484

of $15,734.85; together with interest therein at the rate of Seven and 00/100 (7.0%) per cent on the principal amount only from and after January 26, 2010, plus all costs of Court, for all of which let execution issue.

ORDERED AND ADJUDGED this the 12th day of July, 2010.

*James J Kitchens*
CIRCUIT JUDGE

*Whitney M. Adams*
WHITNEY M. ADAMS, MB #102700
SANFORD & ADAMS, PLLC
ATTORNEYS FOR PLAINTIFF
3 COUNTRY PLACE
PEARL, MS 39208
601-420-2211



MB-162
Pgs. 483-484



**STATE OF MISSISSIPPI**
**OKTIBBEHA COUNTY**
I, Tony M. Rook, Clerk of the Circuit Court in and for said County and State, certify that the foregoing is a true and correct copy of the original of said instrument, as the same appears of record in my office. Given under my hand and official seal this the 6 day of February 2018
_Tony Rook_ Circuit Clerk
By _Melody Monts_ D.C.